DAVID L. PERMUT (*pro hac vice*)
dpermut@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4432
Tel.: 202.346.4000
Fax: 202.346.4444

MATTHEW G. LINDENBAUM
(*pro hac vice*)
mlindenbaum@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617-523-1231

ALISON M. NORRIS (SBN 248711)
anorris@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Fl.
Los Angeles, California 90017
Tel.: 213.426.2556
Fax: 213.623.1673

*Attorneys for Defendants*
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KENT FARMER, as an individual and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.<br><br>Defendants. | Case No. 11-CV-00739-CJC (RNBx)<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 7, 2011<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

Pursuant to Federal Rule of Evidence 201, Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, respectfully requests that this Court take judicial notice of the following matter of public record:

1.   Attached hereto as Exhibit 1 is a true and correct copy of BAC Home Loans Servicing, LP's business organization record from the office of the Texas Secretary of State, retrieved on September 28, 2011.

This Court may properly take judicial notice of matters of public record.  *See, e.g.*, *Ceballos v. GMAC Mortg., LLC*, 2010 WL 3035756, at *1 n.1 (C.D. Cal. Aug. 2, 2010).

Dated:        September 30, 2011              Respectfully submitted,

/s/  Matthew G. Lindenbaum
MATTHEW G. LINDENBAUM (*pro hac vice*)
mlindenbaum@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, Massachusetts 02109
Tel.:  617.570.1000
Fax:  617-523-1231

DAVID L. PERMUT (*pro hac vice*)
*dpermut@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4432
Tel.: 202.346.4000
Fax: 202.346.4444

ALISON M. NORRIS
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Fl.
Los Angeles, California  90017
Tel.:  213.426.2556
Fax:  213.623.1673

*Attorneys for Defendant*
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

# PROOF OF SERVICE

I am employed in Washington, D.C. I am over the age of 18 and not a party to the within action. My business address is 901 New York Avenue, NW, Washington, D.C., 20001.

On **September 30, 2011**, I served on the interested parties in said action the within:

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**E. Michelle Drake**
**Rebekah L. Bailey**
*drake@nka.com*
*bailey@nka.com*
**NICHOLS KASTER, LLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: (612) 256-3200
Fax: (612) 215-6870

Counsel for Plaintiff:
*Kent Farmer, as an individual and as a representative of the classes*

**Matthew C. Helland**
*Helland@nka.com*
**NICHOLS KASTER, LLP**
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Tel.: (415) 277-7235
Fax: (415) 277-7238

**Eric W. Cheung**
*echeung@ecjlaw.com*
**ERVIN COHEN AND JESSUP LLP**
9401 Wilshire Boulevard 9th Floor
Beverly Hills, CA 90212
310 273 6333
310 859 2325 (fax)

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member

1

1  of the bar of this Court at whose direction this service was made and that the
2  foregoing is true and correct.
3  Executed on September 30, 2011, at Washington, D.C.
4
5
6     Katharine J. Westfall              _/s/ Katharine J. Westfall_   
      (Type or print name)                      (Signature)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2