# **EXHIBIT 1**

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 13186910 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | February 28, 2000 | **Entity Status:** | Merged |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32036165739 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | BAC Home Loans Servicing, LP | | |
| **Address:** | 6400 Legacy Drive<br>Plano, TX 75024 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 📄 | 3473394 | Certificate Of Limited Partnership | February 28, 2000 | February 28, 2000 | No | 1 |
| 📄 | 3473395 | Amended Certificate of Limited Partnership | April 25, 2000 | April 25, 2000 | No | 1 |
| 📄 | 3473396 | Certificate of Assumed Business Name | November 16, 2000 | November 16, 2000 | No | 2 |
| 📄 | 3473397 | Amended Certificate of Limited Partnership | March 21, 2001 | March 21, 2001 | No | 1 |
| 📄 | 39175200344 | Change of Registered Agent/Office | July 31, 2003 | July 31, 2003 | No | 1 |
| 📄 | 101321410001 | Report Notice | September 1, 2005 | September 1, 2005 | No | 1 |
| 📄 | 103059430002 | Periodic Report | September 12, 2005 | September 12, 2005 | No | 2 |
| 📄 | 221066890002 | Amended Certificate of Limited Partnership | July 2, 2008 | July 2, 2008 | No | 1 |
| 📄 | 223353390005 | Change of Registered Agent/Office | July 24, 2008 | July 24, 2008 | No | N/A |
| 📄 | 254791870002 | Amended Certificate of Limited Partnership | April 21, 2009 | April 27, 2009 | No | 1 |
| 📄 | 274628120002 | Early Election to Adopt Code | September 14, 2009 | September 14, 2009 | No | 1 |
| 📄 | 274628210002 | Certificate of Amendment | September 14, 2009 | September 14, 2009 | No | 3 |
| 📄 | 296432630001 | Certificate of Merger | February 24, 2010 | February 28, 2010 | No | 5 |
| 📄 | 296957160002 | Statement of Event or Fact | March 1, 2010 | March 1, 2010 | No | 3 |
| 📄 | 296593110001 | Report Notice | March 2, 2010 | March 2, 2010 | No | 1 |
| 📄 | 299364450002 | Periodic Report | March 17, 2010 | March 17, 2010 | No | 1 |
| 📄 | 304508731040 | Change of Name or Address by Registered Agent | April 19, 2010 | April 19, 2010 | No | 1 |
| 📄 | 334574620002 | Certificate of Merger | October 13, 2010 | October 16, 2010 | No | 5 |
| 📄 | 334904330002 | Certificate of Correction | October 15, 2010 | October 15, 2010 | No | 3 |
| 📄 | 344111940002 | Certificate of Assumed Business Name | December 7, 2010 | December 7, 2010 | No | 2 |
| 📄 | 353850620002 | Periodic Report | February 9, 2011 | February 9, 2011 | No | 1 |
| 📄 | 374443820001 | Certificate of Merger | June 28, 2011 | July 1, 2011 | No | 4 |

Order   Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.