**FILED**
MAY 0 8 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KENT FARMER, as an individual and as a representative of the putative class, § § § *Plaintiff*, § § v. § CIVIL NO. 5:11-CV-00935-OLG § BANK OF AMERICA, N.A. and BAC § HOME LOANS SERVICING, L.P., § § *Defendants*. § | |

### ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Based upon the reasons stated in Defendant Bank of America's Unopposed Motion for Modification of the Scheduling Order and Brief in Support, **IT IS HEREBY ORDERED** that the scheduling order shall be amended as follows:

1. Defendant shall produce class data to the Plaintiff no later than **June 15, 2012**;

2. If either side intends to use expert testimony in support of its position on class certification, such experts must be identified and their reports disclosed by: **July 16, 2012**.

3. The parties shall exchange any and all discovery which they intend to use in support of or in opposition to class certification no later than: **July 23, 2012**.

4. Plaintiff shall file his motion for class certification no later than: **August 17, 2012**.

5. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 16, 2012**, and each opposing party shall respond, in writing, by **July 30, 2012**.

IT IS SO ORDERED.

Date: May ___, 2012

_____
Hon. Orlando J. Garcia
United States District Court Judge