IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KENT FARMER, as an individual and as a representative of the putative class, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL NO. 5:11-CV-00935-OLG |
| BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P., | § § § § | |
| *Defendants*. | § | |

## DECLARATION OF E. MICHELLE DRAKE

I, E. Michelle Drake, hereby declare the following:

1. I represent Plaintiff in the above matter.

2. I submit this Declaration in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Proposed Settlement.

3. Plaintiff and Plaintiff's Counsel believe this settlement will provide great benefit to the class and is the best resolution for this matter.

4. Attached as **Exhibit A** is a true and correct copy of the parties' Settlement Agreement with Exhibits.  The Agreement is currently not fully executed, but all parties have agreed to its substance, terms, and the Exhibits.  A fully executed Agreement will be filed with the Court prior to the April 24, 2013 Preliminary Approval Hearing.

5. Attached as **Exhibit B** is a true and correct copy of Nichols Kaster's "firm resume."

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

Dated:   April 19, 2013                           /s/ E. Michelle Drake
                                                              E. Michelle Drake

1