FILED

OCT 1 8 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KENT FARMER, as an individual and as a representative of the putative class, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL NO. 5:11-CV-00935-OLG |
| § § | |
| BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P., § § § § | |
| Defendants. § § | |

## FINAL ORDER APPROVING SETTLEMENT AND CERTIFYING SETTLEMENT CLASS

Upon review and consideration of the Settlement Agreement (the "Settlement Agreement" or "Agreement") dated July 15, 2013 (ECF No. 94-1)[1] relating to the above-captioned case (the "Action"), the Final Approval Hearing held on October 18, 2013, the memoranda and arguments of counsel, the objection to the Settlement that was later withdrawn, and all files, records, and proceedings in this Action,

IT IS HEREBY ORDERED and adjudged as follows:

1. Pursuant to Federal Rule of Civil Procedure 23(e), the terms of the Settlement Agreement dated July 15, 2013 relating to this Action are hereby finally approved as a fair, reasonable and adequate settlement of this Action in light of the factual, legal, practical and procedural considerations raised by this Action.

---

[1] This Settlement Agreement was preliminarily approved by the Court on July 17, 2013. *See* ECF No. 95. Prior to issuing its preliminary approval order, the Court also considered and preliminarily approved an earlier version of the Settlement Agreement. *See* ECF No. 92.

2. Solely for the purpose of settlement, in accordance with the Agreement and pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, this Court hereby finally certifies the following Class:

> All mortgagors whose mortgages were secured by real property in Texas to whom Bank of America sent a letter requesting proof of hazard insurance after May 13, 2007 and whose deeds of trust contain either of the following provisions:
>
> INSURANCE. Notwithstanding any language to the contrary in this Homestead Lien Contract or in any Related Document, if this Homestead Lien Contract secures an extension of credit pursuant to Section 50(a)(6), Article XVI Texas Constitution, Lender does not require fire insurance with standard extended coverage endorsements on the property.
>
> or
>
> Except insurance against floods and flooding, Bank of America does not require Grantor to maintain insurance on the Property against loss by fire, hazards included within the term "extended coverage" and any other hazards.

3. The Court finds that Notice previously given to Class Members in this Action was the best notice practicable under the circumstances and satisfies the requirements of due process and Rule 23 of the Federal Rules of Civil Procedure. The Court also finds that the notice requirements of the Class Action Fairness Act ("CAFA") have been satisfied.

4. The Court appoints the following law firm as counsel to the Class, and finds that counsel meet the requirements of Fed. R. Civ. P. 23:

> NICHOLS KASTER, PLLP
> E. Michelle Drake
> Anna Prakash
> Kai Richter
> 4600 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402

5. The Court further finds, in light of the current posture of this case as a Settlement Class, that:

2

      a.      The Class is so numerous that joinder of all members is impracticable;

      b.      There are questions of law or fact common to the Class;

      c.      The claims of Representative Plaintiff are typical of the claims of the Class that Representative Plaintiff seeks to certify;

      d.      Representative Plaintiff and Class Counsel will fairly and adequately protect the interests of the Class;

      e.      The questions of law or fact common to members of the Class, and which are relevant for settlement purposes, predominate over the questions affecting only individual members; and

      f.      Certification of the Class is superior to other available methods for fair and efficient adjudication of the controversy.

6.      After due consideration of Representative Plaintiff's likelihood of success at trial; the range of Representative Plaintiff's possible recovery; the range of possible recovery at which a settlement is fair, adequate and reasonable; the complexity, expense and duration of the litigation; the substance and amount of opposition to the settlement; and the state of proceedings at which the settlement was achieved, this Court finds that the Settlement is fair, adequate and reasonable. In particular, in light of the significant possibility that Bank of America could prevail on the merits based on one or more of the defenses pleaded in their Answer or otherwise, it is clear that the financial settlement terms fall well within the range of settlement terms that would be considered fair, adequate and reasonable. Accordingly, this Settlement Agreement should be and is approved and shall govern all issues regarding the Settlement and all rights of the Parties, including the Class Members. Each Class Member (except those who have excluded themselves from any Class and who appear on the list attached as Exhibit A, and except those

who are excluded from releasing their claims in this matter and who appear on the list attached as Exhibit B to this Order) shall be bound by the Settlement Agreement, including the releases and covenants not to sue in the Settlement Agreement, which are hereby incorporated by reference and become part of the Final Judgment in this Action.

7. Bank of America shall make deposits into the Settlement Escrow Fund in accordance with Section 5.04 of the Settlement Agreement.

8. The Settlement Administrator shall, consistent with the terms and deadlines established in the Settlement Agreement, prepare all necessary reports and calculations, make any payments, adjustments or remittances required and cause the Settlement Escrow Fund to be disbursed in accordance with the terms of the Settlement Agreement, including (1) a disbursement to Class Counsel in the amount of $3,021,205 for its attorneys' fees; (2) a disbursement to Class Counsel in the amount of $52,493.77 for its litigation costs; (3) a disbursement to the Settlement Administrator in the amount of $162,374.71 for its actual and anticipated costs of settlement administration; and (4) a disbursement to Plaintiff Kent Farmer as a Class Representative Award, as set forth in this Court's order of $10,000.00 2013 ("Fee Order")..

9. Bank of America shall distribute Escrow Credits in accordance with the terms of the Settlement Agreement.

10. All claims against Bank of America are hereby dismissed on the merits and with prejudice, and the Clerk is directed to enter Judgment to that effect in the Action. The Judgment shall be without costs to any Party.

11. Each and every Class Member is permanently barred from bringing, joining, or continuing to prosecute against Bank of America (as defined in the Settlement Agreement) any

claim that was brought in this Action, or could have been brought in this Action, including without limitation those that arise out of common law, state law, or federal law, that relate to Bank of America's requirement that borrowers maintain hazard insurance issued in connection with a loan covered by this Settlement, including, but not limited to, any claims regarding lender-placed hazard insurance, Cycle Letters, or the purchase of preferred insurance, including any claims of any Current LPI Category Class Member relating to the maintenance of insurance prior to Bank of America's receipt of a written election to cancel such insurance or otherwise for which a release and covenant not to sue is being given under the Settlement Agreement.

12. This Court hereby retains jurisdiction of all matters relating to the interpretation, implementation, effectuation and enforcement of the Settlement Agreement. The Court further retains jurisdiction to enforce this Order.

Dated: __10 . 18 .__, 2013

_____
Honorable Orlando L. Garcia
United States District Judge

# EXHIBIT A

Farmer v. Bank of America, N.A., et al., -
Timely Exclusion Requests in Response to Notice

| Count | GCG Ref # | Account Number | Name | City | State |
|---|---|---|---|---|---|
| 1 | Redacted | Red | AMANDA M YOUNG | BERTRAM | TX |
| 2 | Redacted | Red | WILLIAM H DONHAM | STEPHENVILLE | TX |
| 3 | Redacted | Red | BETTY PURGERSON | DALLAS | TX |
| 4 | Redacted | Red | LARRY W TRIPLETT | EL PASO | TX |
| 5 | Redacted | Red | GLENDA L WHEELER | HARPER | TX |
| 6 | Redacted | Red | WILLIAM A JENKINS | HOUSTON | TX |
| 7 | Redacted | Red | STEVE D TUEY | ROWLETT | TX |
| 8 | Redacted | Red | DAWN J SNOW | TROY | TX |
| 9 | Redacted | Red | JORGE VARGAS | HOUSTON | TX |
| 10 | Redacted | Red | DARRELL KEITH DAWKINS | ROCKPORT | TX |
| 11 | Redacted | Red | JOSE DE LA ROSA | SEGUIN | TX |
| 12 | Redacted | Red | ANNABELLE A MCCARTHY | AUSTIN | TX |
| 13 | Redacted | Red | HALLIE SUE COFFING | WICHITA FALLS | TX |
| 14 | Redacted | Red | EBEN L PENA | EDINBURG | TX |
| 15 | Redacted | Red | LINDA O BROCKMAN | BANDERA | TX |
| 16 | Redacted | Red | PATSY S GILLEY | FORT WORTH | TX |
| 17 | Redacted | Red | SHIRLEY L NOWICKI | WACO | TX |
| 18 | Redacted | Red | BOBBIE BANKSTON | MIDLAND | TX |
| 19 | Redacted | Red | PAMELA K BARKLEY | FORT WORTH | TX |
| 20 | Redacted | Red | SOUTHIVONE B TRUONG | HOUSTON | TX |
| 21 | Redacted | Red | DORA LACA | EL PASO | TX |
| 22 | Redacted | Red | JAMES T HORN | HUNTSVILLE | TX |
| 23 | Redacted | Red | ARTHUR E GALINDO | SAN ANTONIO | TX |
| 24 | Redacted | Red | ROBERT L GRIFFIN | MARLIN | TX |

# EXHIBIT B

| NAME1 | PROPERTY STREET ADDRESS | CITY OF MORTGAGED PROPERTY | STATE AND ZIP OF PROPERTY | MAILING ADDRESS |
|---|---|---|---|---|
| BERDIE T VALDEZ | Redacted | AUSTIN | Redacted | Redacted |
| NICOLAS REYES AYALA | | UVALDE | | |
| GLENN H BRANDON | | FORT WORTH | | |
| MATRICIA ARNOLD | | SINTON | | |
| EDDIE DEL BOSQUE | | CORPUS CHRISTI | | |
| JUAN V VALADEZ | | FLORESVILLE | | |
| ELICEO ANGEL | | COMFORT | | |
| RAPHAELLE D JOHNSON | | SIERR AUSTIN | | |
| GREGORY M HERRERA | | SEGUIN | | |
| JUAN V VALADEZ | | FLORESVILLE | | |
| R MARK CARTWRIGHT | | BROWNWOOD | | |
| ALISON R GALLOWAY | | WINNSBORO | | |
| JUAN F VELAZQUEZ | | FORT WORTH | | |
| DONALD A STEFAN | | MONTGOMERY | | |
| SILVIA GOMEZ HERNANDEZ | | FABENS | | |
| MARCOS FLORES | | SOUTHLAND | | |
| JIM SIM BENTON | | SALADO | | |
| AMADOR H VASQUEZ | | ROBSTOWN | | |
| JOHN M POPE | | GRANGER | | |
| DENNIS E READ | | LONGVIEW | | |
| AUGUST K BRASWELL | | CLIFTON | | |
| LYNDA K GRIFFIN | | KERRVILLE | | |
| PABLO CORTEZ | | EDINBURG | | |
| RALPH A OLSEN | | TEMPLE | | |
| VENKATESH V SHETTI | | STAFFORD | | |
| MAREK B WATERSTONE | | HOUSTON | | |
| JOSE G TAFOLLA | | ALTON | | |
| JOHN E CHEW | | ALVARADO | | |
| CASCA JACK MATTHEWS | | ROCKWALL | | |
| BRIGITTE E FRAZIER | | KERRVILLE | | |
| JOE LOCKE | | DELEON | | |
| MARIA S DAWSON | | LONGVIEW | | |
| ROMAN MARTINEZ | | EL PASO | | |
| MARIO O VALENCIA | | MISSOURI CITY | | |
| OMAR G OZUNA | | MISSION | | |
| JAMES J WARREN | | DAWN | | |
| MARC ALPERT | | AUSTIN | | |
| ANITA M LAUREL | | LAREDO | | |
| SANDRA LOU CARY | | ROBSTOWN | | |
| HELEN XICAY | | HOUSTON | | |
| MEHDI ASHORI | | HOUSTON | | |
| SHERRI SHELTON | | MULLIN | | |
| MARIE CHAPMAN | | MCKINNEY | | |
| LOIS A CLONTZ | | DENISON | | |
| KAY SOULES | | GARLAND | | |
| JOHN R SALAZAR | | ELGIN | | |
| MARC L NOVACK | | DALLAS | | |
| JOE E TURNER | | HOUSTON | | |
| EDWARD J VAUGHN | | HOUSTON | | |

| Name | | City | |
|---|---|---|---|
| RODNEY D FLECK | Redacted | SPRING | Redacted |
| CHARLES C RHODESJR | | DIBOLL | |
| MAL KAE DE SANTIS | | SAN ANTONIO | |
| MARIANNE H JOHNSON | | BRENHAM | |
| HUMBERTO MARTINEZ | | MISSION | |
| ELIZABETH HODGE | | DALLAS | |
| ROGELIO VENGCO | | HOUSTON | |
| LENA ROBINSON | | GRAND PRAIRIE | |
| BILLIE G BAKER | | SPRING | |
| PATRICIA L ROBERTS | | FORREST HILLS | |
| MARTIMIANO S RODRIGUEZ | | SAN ANTONIO | |
| MILDRED NEVAREZ | | SINTON | |
| JOHN DAVID SHELLY | | COLDSPRING | |
| JAVIER CHAVARIN | | EL PASO | |
| DENNIS L KAPOWITZ | | HICO | |
| PATRICIA A BUSCH | | HOUSTON | |
| WILLIAM B HOWARD | | KERRVILLE | |
| WILLIAM T SMITH | | NORTH TROUP | |
| SERGIO AGUILAR | | LYTLE | |
| LAURIE L GARNETT | | ROUND ROCK | |
| ROBERT K CONKLIN | | DALLAS | |
| JUAN C URQUIZA | | DALLAS | |
| MARGARET MCLEAN | | ALTO | |
| LAURINDA D HARRIS | | AUSTIN | |
| LOIS GIRTEN-BURGESS | | HORSESHOE BAY | |
| MOISES A RUIZ | | HOUSTON | |
| FRANK J MADRIGAL | | DALLAS | |
| STEPHEN M LEIGHTON | | RICHLAND HILLS | |
| JOHN W LEMONS | | DALLAS | |
| ARACELY GARZA | | RIO GRANDE CITY | |
| ESTATE OF MARTIN GARCIA | | GARLAND | |
| ROLANDO T ORTIZ | | ODESSA | |
| TOAN DANG | | DALLAS | |
| LORENZO D GUERRERO | | RIO GRANDE CITY | |
| ANTONIO S MARROQUIN | | DALLAS | |
| MAGDALENA CARO | | HOUSTON | |
| EDDIE G HERNANDEZ | | SAN ANTONIO | |
| EDGAR RIOS | | MISSION | |
| ANTHONY G PEREZSR | | LA VERNIA | |
| REYES R RIVERA | | BROWNSVILLE | |
| CHRISTOPHER L JOHNSON | | FORT WORTH | |
| ROBERT W WILLIAMS | | FT WORTH | |
| LINDA B KLEPPER | | LLANO | |
| MITICA DM RIBU | | SAN ANTONIO | |
| TRACY A WARD | | TROPHY CLUB | |